| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED ANTHONY ZOTTOLA, SR. | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER CR 18-609-10(S-2)(RJD) | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |

**7. IN CASE/MATTER OF** *(Case Name)*
USA -v- SHELTON

**8. TYPE PERSON REPRESENTED**
X Adult Defendant ☐ Appellant ☐ Other
☐ Habeas Petitioner ☐ Appellee

**9. REPRESENTATION TYPE**
☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital)
X D2 Federal Capital ☐ D4 Other (Specify) _____

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 U.S.C. 1958(a), 18 U.S.C. 924(j)(1)

**11. ATTORNEY'S NAME** *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
ANDREW PATEL, ESQ.
Law Office of Andrew Patel
80 Broad Street
Suite 1900
New York, New York 10004

Telephone Number: 212-349-0230

**13. NAME AND MAILING ADDRESS OF LAW FIRM**
*(Only provide per instructions)*

**12. COURT ORDER:**
X O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel ☐ Y Standby Counsel

Prior Attorney's Name: _____ Appointment Date: _____
(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☐ CO-COUNSEL
Name of Co-Counsel
or Lead Counsel: _____ Appointment Date: _____
(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).
☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order

s/ Raymond J. Dearie
_____
Signature of Presiding Judicial Officer or By Order of the Court
6/28/2019                    6/28/2019
Date of Order                Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.
☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

**14. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed in Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDING | |
|---|---|---|---|---|---|
| a. ☐ Pre-Trial | e. ☐ Appeal | g ☐ Habeas Petition | k ☐ Petition for the | l. ☐ Stay of Execution | o ☐ Other |
| b ☐ Trial | f. ☐ Petition for the | h ☐ Evidentiary Hearing | U.S. Supreme | m. ☐ Appeal of Denial of Stay | |
| c. ☐ Sentencing | U.S. Supreme Court | i. ☐ Dispositive Motions | Writ of Certiorari | n. ☐ Petition for Writ of Certiorari to the U.S. | |
| d ☐ Other Post Trial | Writ of Certiorari | j. ☐ Appeal | | Supreme Court Regarding Denial of Stay | |

## HOURS AND COMPENSATION CLAIMED — FOR COURT USE ONLY

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $         ) | | | | IN COURT TOTAL *Category a* | IN COURT TOTAL *Category a* |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators & Experts | | | | | |
| e. Obtaining & Reviewing the Court Record | | | | | |
| f. Obtaining & Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL *Categories b-j* | OUT OF COURT TOTAL *Categories b-j* |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | | |
| j. Other (Specify on additional sheets) | | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR =         ) | | | | | |

## CLAIM FOR TRAVEL AND EXPENSES (Attach itemization of expenses with dates)

| 16. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | |
|---|---|---|
| 17. Other Expenses *(other than expert, transcripts, etc.)* | | |

## GRAND TOTALS (CLAIMED AND ADJUSTED)

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE TO: | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|

**21. CLAIM STATUS** ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____ Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 27a. JUDGE CODE |
|---|---|---|