

U.S. Department of Justice

United States Attorney
Eastern District of New York

KDE:LKG/KCB
F. #2018R01984

271 Cadman Plaza East
Brooklyn, New York 11201

January 21, 2020

By Hand and ECF

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Anthony Zottola, Sr.,
Criminal Docket No. 18-609 (S-2) (RJD)

Dear Judge Dearie:

The government respectfully submits this letter to inform the Court, pursuant to the Crime Victims Rights Act, that the surviving victim in this case, Victim-2, the younger brother of defendant Anthony Zottola, opposes the defendant's pretrial release. See 18 U.S.C. § 3771(a)(4) (providing that crime victim has right "to be reasonably heard at any public proceeding in the district court involving release"). Specifically, after the detention hearing conducted by the Court on January 17, 2020, the government informed Victim-2 that the Court was considering releasing the defendant pending trial. Victim-2 has informed the government, in sum and substance, that he does not feel comfortable with the defendant's release for his own safety and the safety of his family.

For the reasons set forth in its detention letter, see ECF No. 100, as well as those identified for the Court at the January 17 detention hearing, the government respectfully requests that the Court deny the defendant's appeal of his permanent order of detention.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:     /S/
Lindsay K. Gerdes
Kayla Bensing
Assistant U.S. Attorneys
718-254-6155/6279

cc:    Clerk of Court (RJD) (by ECF)