UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

UNITED STATES OF AMERICA

- against -

ANTHONY ZOTTOLA, SR.,

                Defendant.

-------------------------------------------------------------- x

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 2 1 2020 ★

BROOKLYN OFFICE

**ORDER**

1:18-CR-00609-RJD-10

DEARIE, District Judge:

    Mr. Zottola's bail application is denied. The Court does not doubt the sincerity of the available suretors and acknowledges that their commitments would to some degree discourage the Defendant from violating the conditions of his release. Nevertheless, given the full range of circumstances and applying the statutory factors, the suretors' well-meaning gestures of trust and support, even with the significant bail conditions, do not satisfy the Court that release is appropriate. The charges and potential sanctions could not be more serious and disturbing and coupled with the statutory presumption compel the finding that Mr. Zottola is a flight risk and a danger to the community.

SO ORDERED.

Dated: Brooklyn, New York
        January 2 1, 2020

s/ RJD

_____
RAYMOND J. DEARIE
United States District Judge