BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR STATUS CONFERENCE

### NOVEMBER 5, 2020
*Time in Court:  25  MINUTES*

DOCKET NUMBER:  **CR 18-609(S-2)** (RJD)

U.S.A. -v-  **BUSHAWN SHELTON #1**
           **COUNSEL: SUSAN MARCUS & NATALI TODD (CJA)**

U.S.A. -v-  **HERMAN BLANCO #2**
           **COUNSEL:** *MICHAEL BACHRACH*(CJA)

U.S.A. -v-  **ARTHUR CODNER #3**
           **COUNSEL:** *ABRAHAM MOSKOWITZ* (CJA)

U.S.A. -v-  **HIMEN ROSS #5**
           **COUNSEL:  MARK DEMARCO for MICHAEL MARINACCIO**

U.S.A. -v-  **JASON CUMMINGS #6**
           **COUNSEL: DONALD DUBOULAY &** *BRUCE KOFFSKY(CJA)*

U.S.A. -v-  **ALFRED LOPEZ #7**
           **COUNSEL:   MARK DeMARCO (CJA)**

U.S.A. -v-  **BRANDEN PETERSON #8**
           **COUNSEL:** *DAVID RUHNKE(CJA)*

U.S.A. -v-  **JULIAN SNIKE #9**
           **COUNSEL:  JEFFREY PITTELL (CJA)**
                     *THOMAS AMBROSIO (CJA) (Learned Counsel)*

U.S.A. -v-  **ANTHONY ZOTTOLA #10**
           **COUNSEL:  HENRY MAZUREK & ILANA HARAMATI (RETAINED)**
                     *ANDREW PATEL (CJA) (Learned Counsel)*

**AUSA: LINDSAY GERDES &  KAYLA BENSING**

COURT REPORTER:  *LISA SCHMID*

X    CASE CALLED FOR STATUS CONFERENCE.
X    DEFENDANTS NOT PRODUCED GIVEN THE PROBLEMS PRESENTED BY

|   | THE EPIDEMIC. |
|---|---|
| X | DISCUSSION HELD. |
| X | CASE PREVIOUSLY DESIGNATED AS COMPLEX. DESIGNATION CONTINUES, TIME EXCLUDED FROM TODAY TO 3/16/2021. |
| X | CASE ADJOURNED TO 3/16/2021 AT 11:00AM. |