

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LKG/KCB  *271 Cadman Plaza East*
F.# 2018R01984  *Brooklyn, New York 11201*

February 24, 2021

<u>By ECF and Email</u>

John Diaz, Esq., *Attorney for Herman Blanco*
Michael Hueston, Esq., *Attorney for Herman Blanco*
Michael Bachrach, Esq., *Attorney for Herman Blanco*
Kevin Keating, Esq., *Attorney for Arthur Codner*
Avraham Moskowitz, Esq., *Attorney for Arthur Codner*
Donald duBoulay, Esq., *Attorney for Jason Cummings*
Althea Seaborn, Esq., *Attorney for Jason Cummings*
Bruce Koffsky, Esq., *Attorney for Jason Cummings*
Alex Huot, Esq., *Attorney for Alfred Lopez*
Mark DeMarco, Esq., *Attorney for Alfred Lopez*
Bobbi Sternheim, Esq., *Attorney for Alfred Lopez*
Robert Soloway, Esq., *Attorney for Kalik McFarlane*
Kenneth Montgomery, Esq., *Attorney for Kalik McFarlane*
Anthony Cecutti, Esq., *Attorney for Branden Peterson*
David Ruhnke, Esq., *Attorney for Branden Peterson*
Michael Marinaccio, *Attorney for Himen Ross*
Elizabeth Macedonio, *Attorney for Himen Ross*
Jeffrey Pittell, Esq., *Attorney for Julian Snipe*
Thomas Ambrosio, Esq., *Attorney for Julian Snipe*
Carine M. Williams, Esq., *Attorney for Bushawn Shelton*
Susan Marcus, Esq., *Attorney for Bushawn Shelton*
Natali J. H. Todd, Esq., *Attorney for Bushawn Shelton*
Henry Mazurek, Esq., *Attorney for Anthony Zottola, Sr.*
Evan Lipton, Esq., *Attorney for Anthony Zottola, Sr.*
Ilana Haramati, Esq., *Attorney for Anthony Zottola, Sr.*
Andrew Patel, Esq., *Attorney for Anthony Zottola, Sr.*

Re: United States v. Blanco, <u>et al.</u>
<u>Criminal Docket No. 18-609 (S-2) (RJD)</u>

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the below-listed supplemental discovery with respect to the above-captioned

case. You may obtain the discovery through the Department of Justice's file-sharing system, USAfx. The government renews its request for reciprocal discovery from the defendants.

| Bates Stamp | Description |
|---|---|
| BLANCO ET AL 019963-BLANCO ET AL 019968; BLANCO ET AL 020000-BLANCO ET AL 020001 | Various records obtained from AT&T for telephone numbers 917-636-8358; 917-592-0995; 718-514-4024; 718-316-3964; 718-510-7546; 646-415-3968; 516-587-3580; 914-255-2971; 929-301-1326; 917-208-6719 |
| BLANCO ET AL 019969-BLANCO ET AL 019974; BLANCO ET AL 020002 | Various records obtained from Sprint for telephone numbers 201-449-3426; 347-313-4075; 718-772-6909; 347-967-1570; 347-219-2329; 347-625-4477; 718-781-0964; 347-625-4477; 347-300-7785; 504-284-9635 |
| BLANCO ET AL 019970-BLANCO ET AL 019993 | Various records obtained from T-Mobile for telephone numbers 914-272-9662; 347-981-4628; 347-614-6156; 929-405-7408; 347-506-8947; 646-424-0091; 646-258-3484; 646-818-5883; 914-885-3501; 929-227-8649; 646-842-8212; 646-258-3484; 347-653-7703; 646-209-0725; 347-730-9880; 347-981-4628; 646-209-0725; 267-780-6237; 646-249-4945; 646-258-3484; 267-980-0860; 917-605-1246; 347-557-5453; 315-261-0922, 929-227-8649; 929-416-9156 |
| BLANCO ET AL 019994-BLANCO ET AL 019999 | Various records obtained from Verizon for telephone numbers 201-747-3433; 917-596-4237; 646-464-0986; 347-392-0802; 347-392-0803; 347-392-0804; 917-504-4794; 917-570-4528; 917-738-1547; 917-923-9451 |
| BLANCO ET AL 020003-BLANCO ET AL 020060 | Records from Healthfirst designated as "Protected Materials" pursuant to the protective order entered in this case on January 18, 2019 ("Protective Order") |
| BLANCO ET AL 020061-BLANCO ET AL 020065 | Records from TransUnion LLC pertaining to Julian Snipe |
| BLANCO ET AL 020066-BLANCO ET AL 020070 | Records from Ameritas Life Insurance Corp. regarding various life insurance policies |
| BLANCO ET AL 020071-BLANCO ET AL 020127 | Records from Cloud 9 Exotics, Inc. pertaining to Bushawn Shelton |
| BLANCO ET AL 020128-BLANCO ET AL 020326 | Records from PeopleReady pertaining to Bushawn Shelton |

| Bates Stamp | Description |
|---|---|
| BLANCO ET AL 020327-BLANCO ET AL 020527 | Records from Major World Auto pertaining to a Ford Fusion used in connection with the October 4, 2018 murder of Sylvester Zottola, designated as "Protected Materials" pursuant to the Protective Order |
| BLANCO ET AL 020528 | A business records certificate pertaining to the materials previously produced to you at BLANCO ET AL 004797-BLANCO ET AL 004805 |
| BLANCO ET AL 020529-BLANCO ET AL 020547 | Records from Pinger, Inc. for telephone numbers 347-815-7421 and 646-419-2226 |
| BLANCO ET AL 020548-BLANCO ET AL 020552 | Records from Prudential Financial, Inc. regarding Sylvester Zottola's life insurance policies, designated as "Protected Materials" pursuant to the Protective Order |
| BLANCO ET AL 020553-BLANCO ET AL 020555 | Google records pertaining to telephone numbers 929-416-9156; 315-261-0922; and 929-227-8649 |
| BLANCO ET AL 020556 | Materials obtained pursuant to the search warrant previously produced to you at BLANCO ET AL 016379-BLANCO ET AL 016384 |
| BLANCO ET AL 020557-BLANCO ET AL 020582 | Records from Capital One for various accounts belonging or related to Zottola Associates, L.P., Zottola Family LP, SAD Associates, Ltd., Catherine's Homes, LLC, Bushawn Shelton, Takeisha Shelton, Anthony Zottola and Heidi Zottola |
| BLANCO ET AL 020583-BLANCO ET AL 020661 | Records from the New York City Department of Buildings pertaining to 606 Ashford Street, Brooklyn, New York, and/or Anthony Zottola and related companies |
| BLANCO ET AL 020662-BLANCO ET AL 020669 | Documents pertaining to the search of Alfred Lopez's residence |
| BLANCO ET AL 020670-BLANCO ET AL 020707 | Reports pertaining to the firearm seized from Julian Snipe on June 18, 2019 |
| BLANCO ET AL 020708-BLANCO ET AL 020722 | Text message correspondence with defendant Anthony Zottola, designated as "Protected Materials" pursuant to the Protective Order |

| Bates Stamp | Description |
|---|---|
| BLANCO ET AL 020723-<br>BLANCO ET AL 020735 | Email correspondence with defendant Bushawn Shelton and Anthony Zottola, designated as "Protected Materials" pursuant to the Protective Order |
| BLANCO ET AL 020736-<br>BLANCO ET AL 021053 | Scans and/or photographs of evidence seized from defendant Bushawn Shelton's residence |
| BLANCO ET AL 021054-<br>BLANCO ET AL 021110 | Scans and/or photographs of evidence seized from defendant Bushawn Shelton's vehicle |
| BLANCO ET AL 021111-<br>BLANCO ET AL 021121 | Scans of evidence seized from a Ford Fusion involved in the October 4, 2018 murder of Sylvester Zottola, designated as "Protected Materials" pursuant to the Protective Order |
| BLANCO ET AL 021122 | A photograph of evidence seized from Julian Snipe's residence |
| BLANCO ET AL 021123 | Evidence seized pursuant to the search warrant and affidavit previously produced to you at BLANCO ET AL 015993 to BLANCO ET AL 016017 |
| BLANCO ET AL 021124-<br>BLANCO ET AL 021213 | Records provided by Uber Technologies, Inc. regarding Alfred Lopez |
| BLANCO ET AL 021214 | Records provided by Yaana Technologies, LLC pertaining to telephone number 347-691-3577 |
| BLANCO ET AL 021215-<br>BLANCO ET AL 021216 | Cellular telephone extractions of phones recovered, and searched pursuant to a search warrant, from a witness in the case (1B5 and 1B6), designated as "Protected Materials" pursuant to the Protective Order |

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By:     /s/
Lindsay K. Gerdes
Kayla Bensing
Assistant U.S. Attorneys
(718) 254-6155/6279

cc:     Clerk of the Court (RJD) (by ECF) (without enclosures)