RECEIVED AUG 25 2021 PRO SE OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ AUG 25 2021 ★ BROOKLYN OFFICE

Pro Se

Dear, Judge Dearie.

Ignorance of the law does not excuse misconduct in anyone. I have been arrested and held at the metropolitan Detention Center in Brooklyn since December 18, 2018. Since that time there have only been a handful of Court hearings with extensions upon extensions for Court dates because the prosecutor said she's confused because its a complex case. Why must I sit here for three years innocent to be treated like someone who has been convicted of a crime. I've spoken to another lawyer other then the one who's representing me and even he said something is not right with the prosecutor and with the lawyers on this case. I endured the blackout at the metropolitan Detention center in Brooklyn where I thought I may actually die from the freezing cold, lack of meals and medical attention. I also had to face the tragedy of the Coronavirus pandemic which resulted in me having a life threatening sickness. I've could of lost my life. What should I do Judge Dearie should I commit suicide, should I reach out to every Human rights organization something needs to be done, it seems the prosecutor and or goverment doesn't care whether I live or die and thats a bit nerve wrecking and scary that people who have children of there own can treat other people children this way, whats more important a conviction or dying in Jail innocent. I did not give my lawyer or the court consent to waive my speedy trail and this case has already exceeded the time limit. this case should be dismissed not unless the Court ask for my consent that they will adjourn the case for a year and nobody asked for my consent. Judge Dearie please help me! Maxim of law states, where the law is uncertain, there is no law! God bless!

Arthur Codner
#91344-053
MDC - Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

Legal Mail!

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY, 11201