**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com
Fax: 646-304-6604
Telephone 212-349-0230

**By ECF**

February 15, 2022

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Anthony Zottola
                 18-609 (S2) (RJD)

Dear Judge Dearie:

    This letter is respectfully submitted to request I be relieved as counsel for Mr. Anthony Zottola.

    On June 28, 2019, Your Honor appointed me as learned counsel pursuant to 18 U.S.C. § 3005, as Mr. Zottola was charged with a death eligible offense. On December 30, 2021, the Government filed notice that they would not be seeking the death penalty.

    Mr. Zottola has been, and continues to be, represented by extremely able retained counsel. As there is no issue of continuity of counsel, with the consent of Mr. Zottola and his remaining counsel, I respectfully request that I be relieved.

                                   Respectfully submitted,

                                   Andrew G. Patel

cc: All counsel by ECF

                                   Motion Granted.
                                   Counsel is relieved with the thanks of the Court.

                                   So Ordered.        /s/ Raymond J. Dearie
                                   2/17/2022