# JOHN M. BURKE

Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York 11242
Tel: (718) 875-3707
Fax: (718) 875-0053

May 25, 2022

Honorable Raymond Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>U.S. v. Alfred Lopez</u>
18 Cr. 609

Dear Judge Dearie:

    I was assigned to defend Alfred Lopez pursuant to the Criminal Justice Act in April, 2022 and the case is scheduled for trial in August 2022. The discovery in the case is voluminous and the indictment contains numerous violent charges. I am asking the Court to assign the attorney Christopher Wright to act as co-counsel for Alfred Lopez.

    Christopher Wright is an attorney with many years experience and a member of the CJA panels in the Eastern and Southern Districts of New York. Mr. Wright would be able to assist me in reviewing discovery, researching the law, and cross examining witnesses. Mr. Wright was recently admitted to the CJA Panel in the Eastern District of New York and has no known conflicts of interest preventing his assignment as co-counsel.

    Thank you for your time and assistance in this matter.

Respectfully yours,

/S/
John Burke
Counsel for Alfred Lopez